IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00108-RM-BNB

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff,

v.

TU GALS, LLC, a/k/a Tugals, LLC, d/b/a Tuleh Ruche a/k/a Tugals, LLC d/b/a Bella;
JUDY ORAM, a/k/a Judy Oram-Hill, and
JAMES M. HILL,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　IT IS ORDERED:

　　　　(1)　Defendants' **Unopposed Motion to File Reply** [Doc. # 36] is GRANTED, and defendants' Reply In Support of Motion to Amend is accepted for filing;

　　　　(2)　**Plaintiff's Unopposed Motion to Re-Schedule Hearing** [Doc. # 38] is GRANTED; and

　　　　(3)　The hearing on defendants' Motion to Amend Answer and Add Counterclaims [Doc. # 25] set for July 9, 2014, at 10:30 a.m., is VACATED and RESET to August 11, 2014, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

DATED: July 8, 2014