IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00108-RM-BNB | Date: | August 11, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| Parties | Counsel |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | *Patrick Quinn Hustead* |
| | *Connor Lee Cantrell* |
| **Plaintiff,** | |
| v. | |
| TU GALES, LLC, | *James Calvin Swindler* |
| JUDY ORAM, | |
| JAMES M. HILL | |
| **Defendants.** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  9:17 a.m.

Appearance of counsel.

Argument held on Motion for Leave to Amend Answer and Add Counterclaim [25] filed on June 2, 2014.

For the reasons stated on the record, it is

**ORDERED: Motion for Leave to Amend Answer and Add Counterclaim [25] is GRANTED.**

Defendants shall file an Amended Answer on or before August 18, 2014.

Parties shall file motion to amend scheduling order, if any, on or before August 18, 2014.

Court in Recess:  10:05 a.m.   Hearing concluded.   Total time in Court:   00:48

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.