IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00108-RM-BNB

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff,

v.

TU GALS, LLC a/k/a Tugals, LLC d/b/a Tuleh Ruche d/b/a Bella,
JUDY ORAN a/k/a Judy Oram-Hill, and
JAMES M. HILL,

Defendants.
_____

**ORDER**
_____

Pending is the defendants' **Motion for Leave to Amend Answer and Add Counterclaims** [Doc. # 25, filed 6/2/2014] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 25] is GRANTED. The defendants are granted leave to file their Amended Answer and Counterclaim on or before August 18, 2014; and

(2) The parties shall confer and submit a proposed revised schedule on or before August 18, 2014.

Dated August 11, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge