IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00108-RM-BNB

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff,

v.

TU GALS, LLC a/k/a Tugals, LLC d/b/a Tuleh Ruche d/b/a Bella,
JUDY ORAN a/k/a Judy Oram-Hill, and
JAMES M. HILL,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order (Doc. 18)** [docket no. 44, filed August 18, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

    Expert Witness Disclosures:
        The parties shall designate all experts and provide opposing
        counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
        on or before **March 31, 2015**;

        The parties shall designate all rebuttal experts and provide
        opposing counsel with all information specified in Fed. R. Civ. P.
        26(a)(2) on or before **April 30, 2015**;

    Discovery Cut-off (all written discovery must be served so that
        responses are due on or before the discovery cut-off:      **February 27, 2015**;

    Dispositive Motion Deadline:      **April 30, 2015**.

      IT IS FURTHER ORDERED that the Pretrial Conference set for February 26, 2014, is **vacated and reset to July 7, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or

before **June 30, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: August 18, 2014