IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00108-RM-BNB

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff,

v.

TU GALS, LLC a/k/a Tugals, LLC d/b/a Tuleh Ruche d/b/a Bella,
JUDY ORAN a/k/a Judy Oram-Hill, and
JAMES M. HILL,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order (Doc. 18 and 48)** [docket no. 70, filed January 20, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended a follows:

Expert Witness Disclosures:
　　The parties shall designate all experts and provide opposing
　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
　　on or before **June 30, 2015**;

　　The parties shall designate all rebuttal experts and provide
　　opposing counsel with all information specified in Fed. R. Civ. P.
　　26(a)(2) on or before **July 31, 2015**;

| | |
|---|---|
| Fact Discovery Cut-off: | **May 29, 2015**; |
| Expert Discovery Cut-off: | **August 3, 2015**; |
| Dispositive Motion Deadline: | **July 31, 2015**. |

IT IS ORDERED that the Pretrial Conference set for July 7, 2015, is **vacated and reset to October 6, 2015 ,at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **September 29, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2(b).

DATED:  January 21, 2015