IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00108-RM-NYW | Date: | March 17, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | *Connor Lee Cantrell* |
| **Plaintiff,** | |
| v. | |
| TU GALES, LLC, <br> JUDY ORAM, <br> JAMES M. HILL | *James Calvin Swindler* |
| **Defendants.** | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 11:05 a.m.

Appearance of counsel. Mr. Charles Perschon appears with Mr. Swindler.

Parties discuss status of pending motions in light of Notice of Settlement filed February 19, 2015.

For the reasons stated on the record, it is

**ORDERED: All pending motions, including docket numbers 14, 23, 50, 60, 63, and 76 are withdrawn with leave to refile if settlement is not reached. Separate orders will issue.**

**ORDERED: Unopposed Motion for Extension of Time to File Dismissal Documents [87] is GRANTED. Parties have to and including March 30, 2015, to file dismissal documents.**

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

Court in Recess:  11:11 a.m.   Hearing concluded.    Total time in Court:    00:06