**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00108-RM-NYW

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff,

v.

TU GALS, LLC, a/k/a TUGALS, LLC, d/b/a TULEH RUCHE, a/k/a TUGALS, LLC, d/b/a
BELLA,
JUDY ORAM, a/k/a JUDY ORAM-HILL, and
JAMES M. HILL,

Defendants.

---

**ORDER**

---

This matter before the Court on the parties' stipulated motion to dismiss all claims and

counterclaims in this matter with prejudice (ECF No. 93).  Pursuant to Rule 41(a)(2) of the

Federal Rules of Civil Procedure, the Court:

(1)     GRANTS the stipulated motion to dismiss all claims and counterclaims with

prejudice (ECF No. 93);

(2)     DISMISSES with prejudice Plaintiff's Complaint (ECF No. 1);

(3)     DISMISSES with prejudice Defendants' counterclaims (ECF No. 46); and

(4)     DIRECTS the Clerk of the Court to CLOSE this matter.

DATED this 2nd day of April, 2015.        BY THE COURT:

RAYMOND P. MOORE
United States District Judge